```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    20cr00388(DLC)
UNITED STATES OF AMERICA,             :
                                      :    ORDER
          -v-                         :
                                      :
MARIO REYNOSO-HICIANO, JOEL CABRERA   :
a/k/a "Gordo," a/k/a "Oso," VLADIMIR  :
REYES, YUDITH REYNOSO-HICIANO a/k/a   :
"La Classica," and PEDRO REYNOSO,     :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2020

DENISE COTE, District Judge:

Due to the COVID-19 pandemic, the initial conference in this action will not be held in the courtroom but will proceed as a telephone conference. It is hereby

ORDERED that the telephone conference will be held on **August 28, 2020**, at **10:00 a.m.** At that conference, a trial date will be chosen. After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference to reach

agreement, if possible, on a proposed date for the trial.

IT IS FURTHER ORDERED that any defendant released on bail must also participate in the conference unless permission has been sought and granted to excuse that participation.

IT IS FURTHER ORDERED that this scheduling conference will proceed without the participation of incarcerated defendants because of the limitations on the Court's ability to arrange for the participation of incarcerated defendants in remote proceedings during the pandemic.

IT IS FURTHER ORDERED that by **August 21** the parties shall send to the Chambers email, CoteNYSDChambers@nysd.uscourts.gov, each of the telephone numbers that each defendant and each attorney will be using to access the conference.

IT IS FURTHER ORDERED that counsel for any incarcerated defendant shall order a copy of the transcript of the conference and promptly after its receipt either provide a copy of the transcript or read it to the defendant.

IT IS FURTHER ORDERED that the dial-in credentials for the **August 28** telephone conference are the following:

    Dial-in:       888-363-4749
    Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

2

IT IS FURTHER ORDERED that defense counsel shall provide a copy of or read this order to the defendant.

IT IS FURTHER ORDERED that any objection to this Order shall be filed no later than **August 14**.

Dated:   New York, New York
         August 7, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge