```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :     20Cr0388-01(DLC)
                                          :
            -v-                           :         ORDER
                                          :
MARIO REYNOSO-HICIANO,                    :
                                          :
                  Defendant.              :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2020

DENISE COTE, District Judge:

On August 5, 2020, the defendant was presented and arraigned before the Magistrate Judge. At that time, the defendant consented to detention without prejudice. Today, defense counsel requested an immediate hearing. Defense counsel represents that the defendant consents to a bail review being held in his absence. It is hereby

ORDERED that the hearing will be conducted by telephone on August 13, 2020 at 11:30 a.m. Counsel for the Government and the defendant, and members of the press and public, may access the conference audio using the following credentials:

    Call-in number:    888-363-4749
    Access Code:       4324948

Dated:   New York, New York
         August 13, 2020

                                       _____
                                              DENISE COTE
                                       United States District Judge