```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :    20cr0388-01 (DLC)
                                         :
             -v-                         :        ORDER
                                         :
MARIO REYNOSO-HICIANO,                   :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Defendant Mario Reynoso-Hiciano, who is in custody, is represented by appointed counsel James E. Neuman, Esq. On November 2, 2020, Barry Ross Goldberg, Esq. filed a notice of appearance on behalf of the defendant. It is hereby

ORDERED that a telephone conference is scheduled for November 5 at 11 a.m. The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        888-363-4749
Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          November 4, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge