```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
   UNITED STATES OF AMERICA             :       20cr388 (DLC)
                                        :
            -v-                         :       ORDER
                                        :
   MARIO REYNOSO-HICIANO,               :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At a conference held on November 5 2020, the Court accepted the appearance of retained counsel, Barry Goldberg. Accordingly, it is hereby

ORDERED that the Clerk of Court shall terminate the appearance of C.J.A. counsel James Neuman.

Dated:   New York, New York
         November 24, 2020

                                     _____
                                               DENISE COTE
                                     United States District Judge