```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :        20Cr388 (DLC)
                                         :
             -v-                         :           ORDER
                                         :
MARIO REYNOSO-HICIANO, JOEL CABRERA      :
a/k/a "Gordo," a/k/a "Oso," VLADIMIR     :
REYES, YUDITH REYNOSO-HICIANO a/k/a      :
"La Classica," and PEDRO REYNOSO,        :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```
DENISE COTE, District Judge:

At the August 28, 2020 initial pretrial conference, trial in this case was set for **March 1, 2021**.  The Southern District of New York is reconfiguring courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic.  Due to safety protocols, no more than two defendants in this case will proceed to trial at any one time.  On December 8, the Clerks' Office notified district judges of the dates on which jury selection could commence during January through March 2021 in the reconfigured spaces.  Accordingly, the parties are hereby

NOTIFIED that the trial of no more than two defendants in this action will commence with jury selection on **Wednesday, February 24, 2021**.  It is hereby

ORDERED that the Government will advise the Court no later than **February 9,** of which two defendants it wishes to bring to trial on that date.

IT IS FURTHER ORDERED that any motion by either of those defendants for a severance shall be filed by **February 12**.

IT IS FURTHER ORDERED that the Voir Dire requests and Requests to Charge for these two defendants are due **February 10** at **noon**.

IT IS FURTHER ORDERED that a final pretrial conference will occur on **February 19** at **10 a.m.** in Courtroom 18B, 500 Pearl Street.

Dated:     New York, New York
           December 11, 2020

_____
DENISE COTE
United States District Judge