```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :      20cr388 (DLC)
                                        :
            -v-                         :      ORDER
                                        :
MARIO REYNOSO-HICIANO,                  :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 20, 2021, after consulting with defense counsel, the Government informed the Court that the defendant intends to enter a plea of guilty. Due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant. In addition, due to the increase in demand for videoconference proceedings, a videoconference proceeding may not be available either. A telephone conference may be available, however. Accordingly, it is hereby

ORDERED that a change-of-plea proceeding shall occur on **Thursday, February 4, 2021** at **10:00 a.m.** via the CourtCall platform.

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **Wednesday, January 27:**

    1) Does the defendant consent to enter a plea of guilty through videoconference technology?

    2) If a videoconference proceeding is unavailable, does the defendant consent to enter a plea of guilty at a telephone conference proceeding?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:    New York, New York
           January 20, 2021

                                    _____
                                        DENISE COTE
                                United States District Judge