

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 29, 2021

**By ECF and Email**
The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: United States v. Mario Reynoso-Hiciano *et al.*, No. 20 Cr. 388 (DLC)

Dear Judge Cote:

The Government respectfully requests that the Court adopt the following schedule for motions *in limine* in advance of the February 19, 2021 final pretrial conference and February 24, 2021 trial in this case: motions *in limine* and supporting briefs due February 5, 2021; oppositions to motions *in limine* due February 12, 2021; and no reply briefs. Counsel for defendant Pedro Reynoso consents to this schedule, and counsel for defendant Vladimir Reyes does not.

In its December 11, 2020 order, ECF Doc. No. 75, the Court directed the Government to advise the Court of which two defendants it intends to bring to trial. Two of the four defendants who have appeared in this case, Mario Reynoso-Hiciano and Joel Cabrera, have noticed their intent to enter a change of plea. Accordingly, the Government currently anticipates that the February 24, 2021 trial will proceed against defendants Vladimir Reyes and Pedro Reynoso.

```
Granted. The proposed
schedule governs.
Dated: 2/2/2021
```

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

_____
DENISE COTE
United States District Judge

by: /s/ _____
Daniel H. Wolf / Alexander N. Li
Assistant United States Attorneys
(212) 637-2337 / -2265

cc: All counsel of record (*by ECF and email*)