```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      20cr388(DLC)
                                         :
            -v-                          :      ORDER
                                         :
MARIO REYNOSO-HICIANO, JOEL CABRERA      :
a/k/a "Gordo," a/k/a "Oso," VLADIMIR     :
REYES, YUDITH REYNOSO-HICIANO a/k/a      :
"La Classica," and PEDRO REYNOSO,        :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

In a letter of January 29, 2021, the Government confirmed that the February 24 trial will proceed against defendants Vladimir Reyes and Pedro Reynoso. Having reviewed the letter of February 1 from counsel for Reyes, it is hereby

CONFIRMED that any motions in limine and supporting briefs are due on **February 5, 2021**, and any oppositions to motions in limine are due on **February 12, 2021.**

IT IS FURTHER ORDERED that parties may, if they wish, file replies in support of any motions in limine by **February 15, 2021.**

Dated:   New York, New York
         February 2, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge