```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      20cr388-3(DLC)
                                         :
             -v-                         :          ORDER
                                         :
MARIO REYNOSO-HICIANO, JOEL CABRERA      :
a/k/a "Gordo," a/k/a "Oso," VLADIMIR     :
REYES, YUDITH REYNOSO-HICIANO a/k/a      :
"La Classica," and PEDRO REYNOSO,        :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial having been scheduled to begin on **February 24, 2021**, it is hereby

ORDERED that the parties ensure that all trial participants comply with the Southern District of New York's Amended Standing Order entitled <u>In re Coronavirus/COVID-19 Pandemic</u> (M-10-468), entered February 8, 2021, and other SDNY COVID-19-related orders that govern entry into and behavior within SDNY courthouses. These materials may be found at:

https://www.nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear either **one N95 mask** or **two face masks** that cover the person's nose and mouth at all times in the courthouse

unless the Court authorizes their removal. Bandannas, gaiters, and masks with valves are not permitted.

    IT IS FURTHER ORDERED that parties are responsible for informing themselves of any modifications to SDNY COVID-19-related rules and procedures and adhering to all current rules and procedures for the duration of the trial.

    IT IS FURTHER ORDERED that the parties are responsible for bringing these procedures to the attention of their witnesses and any other persons they expect to attend the trial.

    IT IS FURTHER ORDERED that the parties shall attempt to have documents to be used at trial, including trial exhibits, in electronic form. In jury trials, documents received into evidence will only be available to the jury during their deliberations in electronic form. Electronic exhibits -- including PDFs, image files, audio files, and video files -- must be formatted to fit on a computer screen.

    SO ORDERED.

Dated:    New York, New York
           February 10, 2021

                                                DENISE COTE
                                    United States District Judge